| | | | |
|---|---|---|---|
| Case No. | **CV 19-5818-DMG (JEMx)** | Date | October 24, 2019 |
| Title | *Lara Whitten v. Screen Actors Guild – American Federation of Television and Radio Artists, et al.* | Page | 1 of 2 |

Present: The Honorable     **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [25] AND DENYING PLAINTIFF'S MOTION TO REMAND [21]**

On September 11, 2019, *pro se* Plaintiff Lara Whitten filed a Motion to Remand. [Doc. # 21.] On September 26, 2019, Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), Gabrielle Carteris, and David White filed a Motion to Dismiss.[1] [Doc. # 25.] Both motions are scheduled for a hearing on October 25, 2019.

Plaintiff filed her Motion to Remand more than 30 days after the Notice of Removal was filed on July 2. Thus, Plaintiff may seek remand only on the basis that this Court lacks subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal . . . ."). Because Plaintiff does not argue that the Court lacks subject matter jurisdiction over her federal law claim that Defendant SAG-AFTRA violated the duty of fair representation, Plaintiff's Motion to Remand is **DENIED**.

As for Defendants' Motion to Dismiss, Plaintiff's opposition was due on October 4, 2019. *See* C.D. Cal. L.R. 7-9 (an opposition must be filed no later than 21 days before the hearing on the motion); C.D. Cal. L.R. 7-12. Plaintiff filed an opposition on October 23, 2019, [Doc. # 29], long after the deadline for doing so.[2] Accordingly, Defendants' motion to dismiss is **GRANTED** for failure to file a timely opposition. *See id*. L.R. 7-12 ("The failure to file any

---

[1] Although the Complaint names "Bryant White, National Executive Director" as a Defendant, Defendants claim that David White is actually the National Executive Director of SAG-AFTRA. *See* Removal Notice, Ex. A at 1–11 (Compl.) [Doc. # 1-1]; Mot. at 1 n.1 [Doc. # 12].

[2] Although Plaintiff filed a late opposition, her opposition memorandum does not address any of Defendants' substantive arguments for dismissal and instead addresses her motion to remand, desire to amend her complaint in state court, and health concerns. Therefore, the document that Plaintiff filed is not truly an "opposition."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-5818-DMG (JEMx)** | Date | October 24, 2019 |
|---|---|---|---|
| Title | *Lara Whitten v. Screen Actors Guild – American Federation of Television and Radio Artists, et al.* | Page | 2 of 2 |

required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss with leave to amend and **VACATES** the October 25, 2019 hearing. Plaintiff shall file her amended complaint or notify the Court and opposing counsel of her intent not to do so, within 15 days after the date of this Order. Defendants shall file their response within 15 days after the filing of an amended complaint. Failure to file an amended complaint, or another failure to file a timely opposition to any subsequent motion to dismiss, shall result in the dismissal of this action.[3]

**IT IS SO ORDERED.**

---

[3] Although Plaintiff is proceeding *pro se*, *i.e.*, without legal representation, she nonetheless is required to comply with both the Local Rules and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court may not provide legal advice to any party. There is a "*Pro Se Clinic*" that can provide information and assistance about many aspects of civil litigation in this Court. The clinic in Los Angeles is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, CA 90012. Plaintiff may call or submit an on-line application to schedule an appointment. On-line applications can be submitted at: http://prose.cacd.uscourts.gov/los-angeles. Or she may call (213) 385-2977 x 270.